677 A.2d 1119

IN THE MATTER OF ANTHONY M. PALAZZO,
AN ATTORNEY AT LAW.

July 1, 1996.

## ORDER

Prior report: 143 N.J. 300, 670 A.2d 1050 (1996).

This matter having been duly presented to the Court, it is ORDERED that **ANTHONY M. PALAZZO** of **WEST NEW YORK,** who was admitted to the bar of this State in 1985, and who was suspended from the practice of law for three months effective March 1, 1996, by Order of this Court dated February 6, 1996, be restored to the practice of law, effective immediately.